UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:05CV-297-H

MILTON PEACOCK, et al.                                                                          PLAINTIFFS

V.

DAMON CORPORATION, et al.                                                                    DEFENDANTS

**MEMORANDUM AND ORDER**

After the Court's order dated September 28, 2006, Plaintiffs filed their motion for attorney's fees.  In response, Defendants have moved for discovery and have moved for an extension of time in which to respond to the fee request.

After reviewing the various filings, the Court concludes that discovery is unnecessary in this fee request dispute.  Defendants can oppose the fee request in numerous ways.  For example, they can file affidavits opposing the amount to be charged on an hourly basis.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendants' motion for discovery is DENIED.

IT IS FURTHER ORDERED that Defendants are allowed to and including **December 22, 2006**, in which to file their response to the fee petition.  Thereafter, Plaintiffs may respond by **January 5, 2007.**

cc:     Counsel of Record